USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/14/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
OSG Ship Management, Inc., and 1372 Tanker :
Corporation as owner of the M/V OVERSEAS :
MULAN (IMO NO. 9230880), :     14-CV-9973 (VEC)
                Plaintiffs, :
:         ORDER
    -against- :
:
:
O.W. Bunker USA Inc., OW Bunker Middle East :
DMCC, Chemoil Corporation, Chemoil Middle East :
DMCC, GPS Chemoil LLC FZC, and ING Bank NV, :
:
                Defendants. :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on March 3, 2017, this case was stayed;

    IT IS HEREBY ORDERED that by no later than **Friday, April 2, 2021**, the parties must file a joint update informing the Court of the status of the litigation and the prospect for settlement.

**SO ORDERED.**

**Date: March 14, 2021**
**New York, NY**

                                                          **VALERIE CAPRONI**
                                                          **United States District Judge**